Ronald K. BILDERBECK,
Plaintiff—Appellant,

v.

Patricia R. STANSBERRY; A.F. Beeler;
Peter Libero, Doctor; Richard Schott;
Mack Bonner, Doctor; R. Hall, Doc-
tor; Harrell Watts; Ms. Paquarelle;
Samuel D. Stanley, Doctor; K.M.
White, Defendants—Appellees.

No. 07–6979.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 6, 2007.

Decided: Nov. 19, 2007.

Ronald K. Bilderbeck, Appellant Pro Se.

Before MOTZ, TRAXLER, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Ronald K. Bilderbeck appeals the dis-
trict court's order denying relief on his
complaint asserting deliberate indifference
to medical needs and medical negligence
pursuant to *Bivens v. Six Unknown
Named Agents of Fed. Bureau of Narcot-*

*ics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d
619 (1971), and the Federal Tort Claims
Act, 28 U.S.C. §§ 2671–2680 (2000).* We
have reviewed the record and find no re-
versible error. Accordingly, we affirm for
the reasons stated by the district court.
*Bilderbeck v. Stansberry,* No. 5:06–ct–
03106–H (E.D.N.C. Dec. 19, 2006 & Mar.
26, 2007). We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED.*

---

* Bilderbeck also seeks on appeal to character-
ize his negligence claims as state law claims
over which the district court had diversity
jurisdiction, but because his pleadings in the

district court did not adequately assert this
ground for relief we do not consider it here.
We have reviewed the record and find no
reversible error.